UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:

Amir's Antiques & Decorative Rugs, Inc.,

        Debtor.

Case No. 10-12749-SSM
Chapter 11

## OBJECTION TO APPROVAL OF EMPLOYMENT
## OF LESLIE D. SILVERMAN AS DEBTOR'S BANKRUPTCY ATTORNEY

The debtor has filed an Application to Employ Counsel. [Docket Entry 15]. The debtor wants the court to approve the employment of Leslie D. Silverman as bankruptcy counsel.

The United States Trustee objects to the approval her employment because she is not a disinterested person as required by the Bankruptcy Code. Ms. Silverman represents the debtor's president, Mehdi Navid, in a pending chapter 11 case before the United States Bankruptcy Court for the District of Maryland, 09-31944. Verified Statement in Connection with Employment of Counsel [Docket Entry 15-1]. Mehdi Navid is a co-debtor on claims filed by Platinum Visa Business Card, $20,108; Citibusiness Card, $7,586; Capital One Bank, $3,475, and Mercedes-Benz Financial, $10,000.

The application should not be approved.

July 14, 2010

W. Clarkson McDow, Jr.
United States Trustee

/s/ Jack Frankel
Jack Frankel, Attorney
115 South Union Street
Alexandria, VA 22314
(703) 557-7229